RECEIVED

MAR 22 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

BY: _Kea_

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

Leslie Solomon                Civil Action No. _16-cv-0388_   SEC. P
   Plaintiff

Prisoner # _122854_

           VS.                Judge _____

LT. Debra Martin, LPN         Magistrate Judge _____
   Defendant

# COMPLAINT
## PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I.  **Previous Lawsuits**

   a.  Have you begun any other lawsuit while incarcerated or detained in any facility?

       Yes [ ]   No [✓]

   b.  If your answer to the preceding question is "Yes," provide the following information.

       1.  State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

           _____

           _____

       2.  Name the parties to the previous lawsuit(s):

           Plaintiffs: _____

           Defendants: _____

       3.  Docket number(s): _____

       4.  Date(s) on which each lawsuit was filed: _____

       5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

           _____

(Rev. 5/1/13)

  c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

    Yes ☐ No ☑

    If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

    _____

    _____

II. a. **Name of institution and address of current place of confinement:**
    Caldwell Correctional Center
    671 Hwy 845 Grayson, LA. 71435

  b. Is there a prison grievance procedure in this institution?

    Yes ☑ No ☐

   1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

    Yes ☑ No ☐

   2. If you did not file an administrative grievance, explain why you have not done so.

    _____

    _____

   3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

    I filed a Grivance to the warden, He deni me of my rights! It was pretrial, now I'm a DOC Prisoner

    Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. **Parties to Current Lawsuit:**

  a. Plaintiff, Leslie Solomon
    Address Caldwell Corr. Center, 671 Hwy 845 Grayson, LA. 71435

(Rev. 5/1/13)

b. Defendant, __LT. Debra Martin, LPN Medical Staff__, is employed as _____ at __Avoyelles Parish Sheriff's Office__

Defendant, _____, is employed as _____ at _____.

Defendant, _____, is employed as _____ at _____.

Additional defendants, _____

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On 3-27-15, I'm writing this Grievance in reference to the abuse of Athority, Plus Denial of proper Attention, also threats of having me beating, mazed, and thrown into ic esolation if I would not keep quiet. By the medical Staff of Avoyelles Parish Sheriff's office. Who refused to follow-up and send me back to the Hospital for medical treatment when I was complanting about the irratation of two broken jar-bones, and infected Gums that still have broken teeth's from minior Surgery from the Axcident I had while incarcerated at Avoyelles Parish Sheriff's Office, Being held for Lafourche Parish Sheriff's Office doing pre-trial Approximately 3-10-15 which has lead to Maximum pain and Suffering plus still being change money for treatment also will need Motor Surgery when I'm released. This is violation of my Constitutional right Against Cruel and unusal Punishment.

(Rev. 5/1/13)

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

*I Leslie Solomon want Justice Served concerning my incident that happen on 3-27-15 at Avoyelles Parish Sheriff's office.*

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this __20__ day of __3__, 20 __16__.

*Leslie Solomon #122854*                    *Leslie Solomon #122854*

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**          **Signature of Plaintiff**